UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDRE COLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:05CV131 CDP |
| | ) |
| DON ROPER, | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**

After considering petitioner's motion seeking a certificate of appealability on Claim 20, which seeks relief based on the cumulative effect of the other grounds, I agree that although the Eighth Circuit Court of Appeals has rejected this type of argument, reasonable jurists could, and have, found this issue debatable. I will therefore grant a Certificate of Appealability on this issue. Accordingly,

**IT IS HEREBY ORDERED** that petitioner's supplemental motion to expand the certificate of appealability [#74] is granted, and this Court grants a Certificate of Appealability on Claim 20.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2009.